APPROVED and SO ORDERED.
ENTER: August 22, 2023

*/s/ Joseph R. Goodwin*
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT CHARLESTON

GUY RICHARD BUCCI and
ASHLEY NICOLE LYNCH,

    Plaintiffs,

v.                                          Civil Action No. 2:22-CV-00604
                                              Judge Joseph R. Goodwin

BRIAN DOOLEY KENT,
individually,

    Defendant.

## PLAINTIFFS' NOTICE OF RULE 41 DISMISSAL

NOW COME Plaintiffs, by counsel and pro se Guy R. Bucci and Ashley N. Lynch, and by counsel, Ronald N. Walters, Jr., and hereby announce to the Court that the Plaintiffs have decided to voluntarily dismiss all claims against Defendant Brian Dooley Kent without prejudice pursuant to Rule 41(a)(1)(A)(i).

WHEREFORE, Plaintiffs respectfully move this Honorable Court, pursuant to Rule 41(a)(1)(A)(i), for entry of an Order effecting the dismissal of Defendant Brian Dooley Kent, without prejudice, with the parties to each bear their own costs and expenses in and about the prosecution and defense of this case.

                                                            GUY RICHARD BUCCI
                                                            and ASHLEY NICOLE LYNCH,
                                                            By Counsel,

/s/ *Ronald N. Walters Jr.*

Ronald N. Walters, Jr., Esquire (WVSB #13736)
Walters Law Firm
16 Capitol Street
Charleston, WV 25301
(304) 391-8002