**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT CHARLESTON**

| | |
|---|---|
| GUY RICHARD BUCCI and ASHLEY NICOLE LYNCH,<br><br>Plaintiffs,<br><br>v.<br><br>BRIAN DOOLEY KENT, Individually,<br><br>Defendant. | Civil Action No.: 2:22-CV-00604<br><br>The Honorable Judge Goodwin |

**DEFENDANT BRIAN DOOLEY KENT'S ITEMIZATION OF COSTS**

Pursuant to this Court's February 5, 2024 Order, Defendant Brian Dooley Kent attaches his attorneys' bills related to attorneys' fees incurred by responding to Plaintiffs' Second Motion to Disqualify Bailey & Glasser, [ECF No. 39], and the Omnibus Renewed Motion to File Documents Under Seal, [ECF No. 48]. *See* Relevant Bills, attached hereto as Exhibit A[1]; Billing Spreadsheet, attached hereto as Exhibit B. Defendant Brian Dooley Kent calculates the fees caused by responding to the two Motions as:

| MOTION | FEES RELATED TO RESPONDING TO THAT MOTION |
|---|---|
| **Second Motion to Disqualify Bailey & Glasser (Charges Between 6/14/2023 and 6/26/2023)** | $12,832.50 |
| **Omnibus Renewed Motion to File Documents Under Seal (Charges from 7/12/2023 forward)** | $3,575 |
| **TOTAL FEES** | $16,407.50 |
| **CHARGED FEES (with the 10% fee discount given to client)** | $14,766.75 |

[1] Defendant Kent has redacted entries and fees that are not associated with the Motions identified by the Court for ease of review by the Court and to protect privileged information that may appear in the other, unrelated billing entries.

By: *Eric B. Snyder*

Eric B. Snyder (WVSB #9413)
Christopher D. Smith (WVSB #13050)
James O. Bunn III (WVSB #14242)
Bailey & Glasser, LLP
209 Capitol Street
Charleston, WV 25301
304-345-6555
Fax: 304-342-1110
Email: esnyder@baileyglasser.com
Email: csmith@baileyglasser.com
Email: jbunn@baileyglasser.com

*Attorneys for Defendant*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**
**AT CHARLESTON**

GUY RICHARD BUCCI and ASHLEY NICOLE LYNCH,

Plaintiffs,

v.

BRIAN DOOLEY KENT, Individually,

Defendant.

Civil Action No.: 2:22-CV-00604

**CERTIFICATE OF SERVICE**

I, Eric B. Snyder, counsel for Defendant Brian Dooley Kent, do hereby certify that on this the 14th day of February 2024, I filed the foregoing Defendant Brian Dooley Kent's Itemization of Costs with the Clerk of this Court using the CM/ECF system, which will send notification of such filing to the following:

Ronald N. Walters, Jr., Esq. (WVSB #13736)
Walters Law Firm
16 Capitol Street
Charleston, WV 25301
ron@walterslawwv.com

Guy R. Bucci, Esq. (WVSB #0521)
Ashley N. Lynch, Esq. (WVSB #11714)
108 ½ Capitol Street, Suite 200
Charleston, WV 25301

*/s/ Eric B. Snyder*
Eric B. Snyder (WVSB #9413)