# Exhibit A

BAILEY & GLASSER LLP

Laffey, Bucci, & Kent
Bucci, Guy & Lynch, Ashley

June 20, 2023
Invoice #: 110265

| Date | Init | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 6/14/23 | EBS | Respond to Walters' letter; related discussion and emails; call with client. | 1.80 | 1,170.00 |
| | CDS | Review subpoena letter and work on response. | 1.20 | 390.00 |

BAILEY & GLASSER LLP

Laffey, Bucci, & Kent
Bucci, Guy & Lynch, Ashley

July 18, 2023
Invoice #: 112108

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 6/20/23 | EBS | Internal discussion regarding strategy on second Motion to disqualify; read motion papers; begin drafting response. | 3.00 | 1,950.00 |
| | CDS | Review Plaintiffs' second motion to disqualify and begin researching case law for response. | 2.80 | 910.00 |
| 6/21/23 | EBS | Continue drafting response to motion to disqualify; brief internal discussion. | 2.20 | 1,430.00 |
| | CDS | Research case law cited by Plaintiffs in second motion to disqualify to aid in drafting response. | 1.50 | 487.50 |
| | JOB | Review of Plaintiff's most recent Motion to Disqualify. | .60 | 195.00 |
| 6/22/23 | EBS | Hand off drafting of response to second motion to disqualify to Chris. | .10 | 65.00 |
| | CDS | Begin drafting response to second motion to disqualify. | 1.80 | 585.00 |
| 6/23/23 | EBS | Edit response to second motion to disqualify; edit Rule 26(f) report. | 1.00 | 650.00 |
| | CDS | Finish drafting response to second motion to disqualify. | 2.80 | 910.00 |
| | CDS | Draft 26(f) report. | .70 | 227.50 |
| | CDS | Research additional research in support of response to second motion to disqualify. | 1.20 | 390.00 |
| | CDS | Edit and revise first draft of response to second motion to disqualify. | 1.70 | 552.50 |
| | LAB | Edits to draft Opposition to Plaintiffs' Second Motion to Disqualify. | .60 | 390.00 |
| | JOB | Review and edits of draft response to second motion to disqualify. | .30 | 97.50 |
| 6/26/23 | EBS | Final edits to response to second motion to disqualify; work on Rule 26(f) report; emails with opposing counsel. | 1.90 | 1,235.00 |
| | MDD | Review/edit Rule 26(f) Report. | .70 | 175.00 |
| | AJM | Finalize response to second motion to disqualify and Rule 26(f) report. | 1.80 | 450.00 |
| | CDS | Finalize response to second motion to disqualify for filing. | 2.60 | 845.00 |
| | CDS | Negotiate and put together final 26(f) report. | .80 | 260.00 |
| | LAB | Final review motion opposition to second motion to disqualify BG. | .20 | 130.00 |

BAILEY & GLASSER LLP

Laffey, Bucci, & Kent
Bucci, Guy & Lynch, Ashley

July 18, 2023
Invoice #: 112108

| Date | Init | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 7/12/23 | | | | |
| | CDS | Review motion to seal, memo, and supporting materials to strategize best method to respond. | .70 | 227.50 |

BAILEY & GLASSER LLP

Laffey, Bucci, & Kent
Bucci, Guy & Lynch, Ashley

August 21, 2023
Invoice #: 115094

**PROFESSIONAL SERVICES RENDERED**

| Date | Init | Description of Service | Hours | Amount |
|---|---|---|---|---|
| 7/19/23 | EBS | Edit response to motion to seal. | 1.70 | 1,105.00 |
| | CDS | Draft, edit, and revise response to motion to seal. | 3.80 | 1,235.00 |
| 7/20/23 | EBS | Final edits to response to motion to seal. | .80 | 520.00 |
| | CDS | Finalize response to motion to seal for filing. | 1.30 | 422.50 |
| | JOB | Reviewed C. Smith's response draft to Plaintiff's Motion to Seal. | .20 | 65.00 |