# Exhibit B

**Time Report**
Brian Kent

| Date | Name | Descriptior | Hours | Amount | Rate | Narrative |
|---|---|---|---|---|---|---|
| 06/14/2023 | Snyder, Eric B. | Partner | 1.80 | 1,170.00 | 650.00 | Respond to Walters' letter; related discussion and emails; call with client. |
| 06/14/2023 | Smith, Christopher D. | Associate | 1.20 | 390.00 | 325.00 | Review subpoena letter and work on response. |
| 06/20/2023 | Snyder, Eric B. | Partner | 3.00 | 1,950.00 | 650.00 | Internal discussion regarding strategy on second Motion to disqualify; read motion papers; begin drafting response. |
| 06/20/2023 | Smith, Christopher D. | Associate | 2.80 | 910.00 | 325.00 | Review Plaintiffs' second motion to disqualify and begin researching case law for response. |
| 06/21/2023 | Snyder, Eric B. | Partner | 2.20 | 1,430.00 | 650.00 | Continue drafting response to motion to disqualify; brief internal discussion. |
| 06/21/2023 | Smith, Christopher D. | Associate | 1.50 | 487.50 | 325.00 | Research case law cited by Plaintiffs in second motion to disqualify to aid in drafting response. |
| 06/21/2023 | Bunn, James O. | Associate | 0.60 | 195.00 | 325.00 | Review of Plaintiff's most recent Motion to Disqualify. |
| 06/22/2023 | Snyder, Eric B. | Partner | 0.10 | 65.00 | 650.00 | Hand off drafting of response to second motion to disqualify to Chris. |
| 06/22/2023 | Smith, Christopher D. | Associate | 1.80 | 585.00 | 325.00 | Begin drafting response to second motion to disqualify. |
| 06/23/2023 | Snyder, Eric B. | Partner | 1.00 | 650.00 | 650.00 | Edit response to second motion to disqualify; edit Rule 26(f) report. |
| 06/23/2023 | Smith, Christopher D. | Associate | 2.80 | 910.00 | 325.00 | Finish drafting response to second motion to disqualify. |
| 06/23/2023 | Smith, Christopher D. | Associate | 1.20 | 390.00 | 325.00 | Research additional research in support of response to second motion to disqualify. |
| 06/23/2023 | Smith, Christopher D. | Associate | 1.70 | 552.50 | 325.00 | Edit and revise first draft of response to second motion to disqualify. |
| 06/23/2023 | Brueckner, Leslie A. | Partner | 0.60 | 390.00 | 650.00 | Edits to draft Opposition to Plaintiffs' Second Motion to Disqualify. |
| 06/23/2023 | Bunn, James O. | Associate | 0.30 | 97.50 | 325.00 | Review and edits of draft response to second motion to disqualify. |
| 06/26/2023 | Snyder, Eric B. | Partner | 1.90 | 1,235.00 | 650.00 | Final edits to response to second motion to disqualify; work on Rule 26(f) report; emails with opposing counsel. |
| 06/26/2023 | Montgomery, Alisa J. | Other | 1.80 | 450.00 | 250.00 | Finalize response to second motion to disqualify and Rule 26(f) report. |
| 06/26/2023 | Smith, Christopher D. | Associate | 2.60 | 845.00 | 325.00 | Finalize response to second motion to disqualify for filing. |
| 06/26/2023 | Brueckner, Leslie A. | Partner | 0.20 | 130.00 | 650.00 | Final review motion opposition to second motion to disqualify BG. |
| 07/12/2023 | Smith, Christopher D. | Associate | 0.70 | 227.50 | 325.00 | Review motion to seal, memo, and supporting materials to strategize best method to respond. |
| 07/19/2023 | Snyder, Eric B. | Partner | 1.70 | 1,105.00 | 650.00 | Edit response to motion to seal. |
| 07/19/2023 | Smith, Christopher D. | Associate | 3.80 | 1,235.00 | 325.00 | Draft, edit, and revise response to motion to seal. |
| 07/20/2023 | Snyder, Eric B. | Partner | 0.80 | 520.00 | 650.00 | Final edits to response to motion to seal. |
| 07/20/2023 | Smith, Christopher D. | Associate | 1.30 | 422.50 | 325.00 | Finalize response to motion to seal for filing. |
| 07/20/2023 | Bunn, James O. | Associate | 0.20 | 65.00 | 325.00 | Reviewed C. Smith's response draft to Plaintiff's Motion to Seal. |
| | | | | -1,640.75 | | 10% discount on fees given to client |
| | | | **37.60** | **14,766.75** | | |